UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JERALD JAY FELDT,

    Plaintiff,

v.                                                        CASE NO. 6:06-cv-501-Orl-31KRS

DONALD F. ENSLINGER, et al.,

    Defendants.

## **ORDER**

    Plaintiff filed two different amended complaints on May 18, 2006, which raise different allegations and are not related to the same basic issue or incident. *See* Doc. Nos. 17 and 18. It is not clear which amended complaint Plaintiff seeks to have reviewed in this case or whether Plaintiff seeks to have one of the amended complaints opened as a new and separate case. Consequently, within eleven (11) days from the date of this Order, Plaintiff shall inform the Court in writing as to his intentions with regard to the two amended complaints filed on May 18, 2006. The failure to do so will result in the dismissal of this action without further notice.

    **DONE AND ORDERED** in Chambers at Orlando, Florida, this 19th day of May, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 5/19
Jerald Jay Feldt