**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JERALD JAY FELDT,

          Plaintiff,

-vs-                                        Case No. 6:06-cv-501-Orl-31KRS

DONALD F. ENSLINGER, MICHAEL A. TIDWELL, LEON D. LOWERY, TINA C. VAUGHN, SHARON A. HUSS, ELLA WALTON, PETER F. MORRIS & H.D. SUCHLAND,

          Defendants.

_____

**ORDER**

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR EMERGENCY RELIEF (Doc. No. 21)** |
| **FILED:** | **May 30, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Plaintiff's allegations do not support his entitlement to "emergency relief." Further, the matters raised in the instant motion are extraneous to the present case. Hence, Plaintiff should initiate a *separate* proceeding in the appropriate Court having jurisdiction over these matters. In the event that Plaintiff decides to seek relief under 42 U.S.C. § 1983, he should be aware that he first must exhaust administrative remedies within the prison system.

**DONE AND ORDERED** in Orlando, Florida this 30th day of May, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 5/30
Jerald Jay Feldt