**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JERALD JAY FELDT,

    Plaintiff,

-vs-                   Case No. 6:06-cv-501-Orl-31KRS

DONALD F. ESLINGER, MICHAEL A. TIDWELL, LEON D. LOWERY, TINA C. VAUGHN, SHARON A. HUSS, ELLA WALTON, PETER F. MORRIS & H.D. SUCHLAND,

    Defendants.
_____

## **ORDER**

  This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION WITH REGARD TO AMENDED COMPLAINTS (Doc. No. 20)** |
| **FILED:** | **May 26, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

  The Clerk of the Court is directed to remove Amended Complaint #2 (Doc. No. 18, filed May 18, 2006) from the record and to file it as a new and separate case. This case will proceed as to Amended Complaint #1 (Doc. No. 17, filed May 18, 2006).

  **DONE AND ORDERED** in Orlando, Florida this 30th day of May, 2006.

                           GREGORY A. PRESNELL
                           UNITED STATES DISTRICT JUDGE

Copies to:
pslc 5/30
Jerald Jay Feldt