UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JERALD JAY FELDT,

          Plaintiff,

-vs-                                                Case No. 6:06-cv-501-Orl-31KRS

DONALD F. ESLINGER, MICHAEL A. TIDWELL,
LEON D. LOWERY, TINA C. VAUGHN,
SHARON A. HUSS, ELLA WALTON, PETER F.
MORRIS & H.D. SUCHLAND,

          Defendants.
_____

**ORDER**

This case is before the Court on the following motions:

1.    Plaintiff's Motion for Paper Envelopes (Doc. No. 22, filed May 30, 2006) is **DENIED**. Plaintiff has not demonstrated that he has exhausted his administrative remedies.

2.    Plaintiff's Motion to Be Held In Different Jail (Doc. No. 23, filed May 30, 2006) is **DENIED**. This matter should be addressed by the prison authorities and then, if necessary, Plaintiff must exhaust his administrative and state court remedies.

3.    Plaintiff's Motion to Add Documents (Doc. No. 24, filed May 30, 2006) is **DENIED**. Plaintiff should file a proposed amended complaint and include any additional documentation.

**DONE AND ORDERED** in Orlando, Florida this 1st day of June, 2006.

                                                                             GREGORY A. PRESNELL
                                                           UNITED STATES DISTRICT JUDGE

Copies to:
pslc 5/30
Jerald Jay Feldt