UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JERALD JAY FELDT,

    Plaintiff,

v.                                                            CASE NO. 6:06-cv-501-Orl-31KRS

DONALD F. ENSLINGER, et al.,

    Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion to Grant Access to Law Library (Doc. No. 31, filed June 8, 2006), which requests that the Court order the John E. Polk Correctional Facility (the "Jail") to allow Plaintiff to use the law library and to receive requested legal materials.

It appears that the matters raised in the instant motion are extraneous to the present case. The Jail is not a party in this case, and the Jail has not had the opportunity to be heard on these matters. Hence, it would be improper for the Court to compel the Jail to take the action sought by Plaintiff. Under the circumstances, Plaintiff should initiate a *separate* proceeding in the appropriate Court having jurisdiction over these matters. In the event that Plaintiff decides to seek relief under 42 U.S.C. § 1983, he should be aware that he first must exhaust administrative remedies within the prison system.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Grant Access to Law Library (Doc. No. 31, filed June 8, 2006) is **DENIED** without prejudice to the right of Plaintiff to initiate a separate proceeding in the appropriate Court having jurisdiction over these matters.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 12th day of June, 2006.

Copies to:
pslc 6/12
Jerald Jay Feldt

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE